IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHARLES E. THORNTON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:19-cv-01371-SMY |
| | ) |
| **MARY JO ZIMMER, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# NOTICE AND ORDER

This case is before the Court for case management. Defendant Tara Rackley was sent a request for Waiver of Service of Summons, which was returned executed. Her responsive pleading was due April 2, 2021. (Doc. 118). To date, Rackley has failed to move, answer, or otherwise plead in response to the Second Amended Complaint.

The Clerk of Court must enter default against a defendant who has failed to plead or otherwise defend. FED.R.CIV.P. 55(a). Accordingly, the Court **ORDERS** as follows:

1) The Clerk of Court is **DIRECTED** to **ENTER DEFAULT** against Tara Rackley in accordance with Federal Rule of Civil Procedure 55(a).

2) The Clerk of Court is **DIRECTED** to transmit a copy of this Order and the entry of default to Plaintiff and Tara Rackley.

**IT IS SO ORDERED.**

**DATED: May 12, 2021**

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**