IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES E. THORNTON, #Y19115 | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 3:19-cv-01371-SMY |
| | ) |
| JANE DOE, et al., | ) |
| | ) |
|       Defendants. | ) |

# ORDER

**YANDLE, District Judge:**

This matter is before the Court on Defendant Tara Rackley's Motion to Set Aside Default Judgment and File Answer *Instanter* (Doc. 141) and Plaintiff's Motion for Default Judgment as to Defendant Rackley (Doc. 139).

Defendant Rackley was sent a request for Waiver of Service of Summons which was returned executed. (Doc. 118). Her responsive pleading was due April 2, 2021 but she failed to move, answer, or otherwise plead in response to the Second Amended Complaint by that deadline. A Clerk's Entry of Default was docketed on May 13, 2021 in accordance with Federal Rule of Civil Procedure 55(a). (Doc. 138). Plaintiff then filed a Motion for Default Judgment on May 17, 2021. (Doc. 139). Rackley filed a motion seeking to vacate the Clerk's Entry of Default on May 24, 2021. (Doc. 141).

"A party seeking to vacate an entry of default prior to the entry of judgment must show: (1) good cause for the default; (2) quick action to correct it; and (3) a meritorious defense to the complaint." *Cracco v. Vitran Express, Inc.*, 559 F.3d 625, 630–31 (7th Cir.2009) (citations omitted); Fed. R. Civ. P. 55(c). Rackley secured representation with the Office of the Attorney General prior to the deadline for her responsive pleading. However, Counsel for Rackley states

that the responsive pleading was not filed due to a mistake by her in calendaring the deadline and because of the ransomware attack on the Office of the Attorney General. Once Rackley received notice of the default, she acted quickly to correct it and has sufficiently established that she has a meritorious defense to Plaintiff's claims.

Accordingly, based on this Court's preference for adjudication on the merits, Defendant Rackley's motion (Doc. 141) is **GRANTED** and the Clerk's Entry of Default is **VACATED**. Rackley shall file responsive pleadings within 7 days of the date of this Order. Because the Clerk's Entry of Default has been vacated, Plaintiff's Motion for Default Judgment (Doc. 138) is **DENIED**. Defendant Rackley's request to join the Illinois Department of Corrections Defendants' Motion for Summary Judgment on the Issue of Exhaustion (Doc. 126) is **GRANTED**.

**IT IS SO ORDERED.**

**DATED:  June 1, 2021**

<u>*s/ Staci M. Yandle*</u><br>**STACI M. YANDLE**<br>**United States District Judge**