IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES E. THORNTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 19-CV-1371-SMY ) |
| MARY JO ZIMMER, et al, | ) ) |
| Defendants. | ) ) |

**ORDER**

**YANDLE, District Judge:**

Before the Court is Plaintiff Charles E. Thornton's *pro se* motion for a copy of a 1,200-page report of a court-appointed expert in *Lippert v. Ghosh,* Case No. 10-4603 (N.D. Ill.) (Doc. 199). Generally, the District Clerk will mail paper copies of any document to a party only upon prepayment of the required fee, and the Court is under no obligation to furnish free photocopies to indigent litigants. *See Robinson v. Miscellaneous*, 2009 WL 1649697, at *4 (E.D. Wis. June 11, 2009).

Accordingly, Plaintiff's motion is **DENIED**. If Plaintiff wishes to pay for a copy of the requested document, he must contact the Clerk of Court for the Northern District of Illinois and pay the copying fee.

**IT IS SO ORDERED.**

**DATED:  February 28, 2023**

**STACI M. YANDLE**
**United States District Judge**